# Court of Appeals
# of the State of Georgia

ATLANTA, December 08, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0641. GLENN WRIGHTSON v. MARY KARP.**

Glenn Wrightson has filed a direct appeal of the trial court's order denying his motions, pursuant to OCGA § 9-11-60 (d), to set aside a temporary protective order. We lack jurisdiction.

An appeal from an order denying a motion to set aside under OCGA § 9-11-60 (d) must be taken by application for discretionary review. See OCGA § 5-6-35 (a) (8); *Jim Ellis Atlanta v. Adamson*, 283 Ga. App. 116, 116-17 (640 SE2d 688) (2006). Wrightson's failure to file a discretionary application deprives this Court of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/08/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*